# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700

WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

**BY ECF & EMAIL**

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

January 15, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/16/20
```

Re:   *United States v. Isaiah Ward*
      19 CR 627 (VM)

Dear Judge Marrero,

I represent defendant Isaiah Ward in the above-entitled matter and I write this letter respectfully requesting that Mr. Ward's bail conditions be modified to remove the condition of curfew. At his initial presentment, Judge Netburn ordered the condition of curfew, but allowed the parameters of that condition to be set by pre-trial services.

Since he was released from custody following initial presentment, Mr. Ward has fully complied with all of his bail conditions. He has maintained his employment as a security guard and has continued to be a present father to his infant daughter.

I make this request with both the consent of the government as well as the consent of his pre-trial services officer.

Respectfully,

Ken Womble
Attorney for Isaiah Ward

Request GRANTED. The bail conditions of defendant _Isaiah Ward_ herein are modified to authorize _removal of the curfew condition_ for the purposes and on the terms and conditions set forth above.

SO ORDERED.

1-16-20
DATE   VICTOR MARRERO, U.S.D.J.