USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

ISAIAH WARD,

              Defendant.

---

19 CR 0627 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the October 28, 2022 Letter from defense counsel, requesting a change of counsel conference on behalf of defendant Isaiah Ward.

    The Court hereby schedules a conference in this action for December 2, 2022 at 10:00 AM.

**SO ORDERED.**

Dated:    14 November 2022
            New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.