```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

             - against -

ISAIAH WARD,

                   Defendant.

**19 CR 0627 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

     The Court hereby adjourns sine die the conference in this action scheduled for December 2, 2022 at 10:00 AM.

**SO ORDERED.**

Dated:     2 December 2022
            New York, New York

_____
Victor Marrero
U.S.D.J.