```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

　　　　　　- against -

ISAIAH WARD,

　　　　　　　　Defendant.

---

**19 CR 0627 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

　　The Court hereby reschedules the conference in this action scheduled for December 16, 2022 at 9:00 AM to 9:30 AM.

**SO ORDERED.**

Dated:　　15 December 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　U.S.D.J.