**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2022
```

UNITED STATES OF AMERICA,

- against -

ISAIAH WARD,

       Defendant.

19 Cr. 0627 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  The Court hereby reschedules the change of counsel conference in this matter from December 16, 2023 at 9:30 AM to January 6, 2023 at 10:30 AM. Defendant Isaiah Ward is ordered to appear at the conference.

**SO ORDERED.**

Dated: 19 December 2022
    New York, New York

*Victor Marrero*
U.S.D.J.