**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023
```

UNITED STATES OF AMERICA,

                    - against -

ISAIAH WARD,

                              Defendant.

**19 CR 0627 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that C.J.A. attorney Arthur Kenneth Womble, the attorney representing the above-captioned defendant, is substituted, and the representation of the defendant is assigned to C.J.A. attorney Marlon Kirton.

**SO ORDERED.**

Dated:    6 January 2023
          New York, New York

_____
          Victor Marrero
            U.S.D.J.