USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2023

# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

July 13, 2023

VIA ELECTRONIC FILING

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Isaiah Ward, 19 cr. 627 (VM)*

Dear Judge Marrero:

    I represent Isaiah Ward in the above-referenced matter. On April 18, 2023, I requested a bail modification for Mr. Ward to relocate to Houston, which is in the Eastern District of Texas. I was mistaken. Houston is in the Southern District of Texas. I request a modification of his bail conditions to move to Houston, Texas, in the Southern District of Texas. I am not requesting any other modifications to his bail status. Pretrial Serves approves this correction, and the Government has no objection to this correction.

    Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: Alexandra Rothman, Assistant United States Attorney (via electronic mail)

---

Request GRANTED. The Court hereby corrects the transfer of Mr. Ward to Houston, Texas, in the Southern District of Texas, not the Eastern District.
SO ORDERED.
Dated: 14 July 2023

*Victor Marrero*
U.S.D.J.

1