USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/14/2023__

# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

July 13, 2023

VIA ELECTRONIC FILING

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Request GRANTED. The Court hereby
> schedules the sentencing of Isaiah
> Ward for Friday, August 11, 2023 at
> 1:00 PM.
>
> SO ORDERED.
> Dated: 14 July 2023
>
> Victor Marrero
> U.S.D.J.

Re: *U.S. v. Isaiah Ward, 19 cr. 627 (VM)*

Dear Judge Marrero:

I represent Isaiah Ward in the above-referenced matter. I request that this Court schedule a sentencing date in August of 2023.

Mr. Ward pleaded guilty before Magistrate Netburn on April 14, 2023. Judge Netburn set July 14, 2023, as a control date. As of today, neither party has requested a date for the sentence. I request a sentencing date for August 2023. The parties are available every Friday in August for a sentencing hearing. The probation report is complete, and Mr. Ward is gainfully employed in Houston. The Government has no objection to this application.

Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

cc: Alexandra Rothman, Assistant United States Attorney (via electronic mail)

1