USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2023

# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

_____

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

July 13, 2023

VIA ELECTRONIC FILING

Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Isaiah Ward, 19 cr. 627 (VM)*

Dear Judge Marrero:

I represent Isaiah Ward in the above-referenced matter. I request that this Court schedule a sentencing date in mid to late September 2023 or October 2023.

Mr. Ward pleaded guilty before Magistrate Netburn on April 14, 2023. Judge Netburn set July 14, 2023, as a control date. The Defense requested an August 2023 sentence date in July. This Court set a sentencing date of August 11, 2023.

I need additional time to file a sentencing memorandum and to prepare for the sentencing hearing. I request a sentencing date for mid to late September or October 2023. The Government has no objection to this application.

Please contact me if you have any questions or concerns.

Sincerely,

*Marlon Kirton*
Marlon G. Kirton, Esq.

Request GRANTED. The Court hereby adjourns
the sentencing of defendant Ward from
Friday August 11, 2023 to Friday October
20, 2023 at 10:00 AM.

SO ORDERED.
Dated: 9 August 2023

Victor Marrero
U.S.D.J.

cc: Alexandra Rothman, Assistant United States Attorney (via electronic mail)

1